## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOUISE GOLDSBERRY and
CRAIG DORRIS,

      Plaintiffs,

v.                                 CASE NO.:  8:14-cv-1876-T-27MAP

MATT WIGGINS, MICHAEL JACKSON,
MIKE SCHWIETERMAN, MEGAN BUCK,
SHELDON CANTRELL, DOMINIC HARRIS,
PATRICK COMAC, FIVE UNKNOWN
FEDERAL AGENTS, and ONE UNKNOWN
OFFICER OF THE SARASOTA POLICE
DEPARTMENT,

      Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Mike Schwieterman, Megan Buck, Sheldon Cantrell, Dominic Harris and

Patrick Comac, by and through undersigned counsel, hereby file their Answer and Affirmative

Defenses in response to the Complaint filed by Plaintiffs, Louise Goldsberry and Craig Dorris,

and state as follows:

      1.      Without knowledge, therefore denied.

      2.      Without knowledge, therefore denied.

      3.      Without knowledge, therefore denied.

      4.      Without knowledge.

      5.      Without knowledge.

      6.      Without knowledge.

7.      Denied. Michael Jackson was not acting as a detective with the Sarasota Police Department in any matter relating to this case.

8.      Admitted.

9.      Admitted.

10.     Admitted.

11.     Admitted.

12.     Admitted.

13.     Denied.

14.     Without knowledge, therefore denied.

15.     Without knowledge, therefore denied.

16.     Without knowledge, therefore denied.

17.     Without knowledge, therefore denied.

18.     Without knowledge, therefore denied.

19.     Denied as stated.

20.     Admit that Jackson was acting as a Federal Agent.

21.     Denied.

22.     Denied.

23.     Without knowledge, therefore denied.

24.     Without knowledge, therefore denied.

25.     Without knowledge, therefore denied.

26.     Without knowledge, therefore denied.

27.     Without knowledge, therefore denied.

28.     Without knowledge, therefore denied.

29.     Without knowledge, therefore denied.

30.     Denied.

31.     Without knowledge, therefore denied.

32.     Denied.

33.     Without knowledge, therefore denied.

34.     Denied.

35.     Without knowledge, therefore denied.

36.     Without knowledge, therefore denied.

37.     Without knowledge, therefore denied.

38.     Without knowledge, therefore denied.

39.     Without knowledge, therefore denied.

40.     Without knowledge, therefore denied.

41.     Without knowledge, therefore denied.

42.     Without knowledge, therefore denied.

43.     Denied.

44.     Without knowledge, therefore denied.

45.     Without knowledge, therefore denied.

46.     Without knowledge, therefore denied.

47.     Denied.

48.     Without knowledge, therefore denied.

49.     Without knowledge, therefore denied.

50.     Denied.

51.     Denied.

52.     Denied.

## COUNT ONE
### *BIVENS* ACTION AGAINST FEDERAL AGENTS FOR UNREASONABLE HOME ENTRY IN VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

53.      Defendants reallege and reassert their responses to Paragraphs 1-52 as if set forth in their entirety.

54-59.  Count One is not asserted against Defendants. However, to the extent any of the allegations in Paragraph 54 through 59 are against Defendants, they are denied.

Defendants deny all statements set forth in the "Wherefore" clause.

## COUNT TWO
### *BIVENS* CLAIM FOR UNREASONABLE HOME SEARCH AND INDIVIDUAL SEIZURES IN VIOLATION OF THE FOUTH AMENDMENT TO THE UNITED STATES CONSTITUTION

60.     Defendants reallege and reassert their responses to Paragraphs 1-52 as if set forth in their entirety.

61-66.  Count Two is not asserted against Defendants. However, to the extent any of the allegations in Paragraphs 61 through 66 are against Defendants, they are denied.

Defendants deny all statements set forth in the "Wherefore" clause.

## COUNT THREE
### § 1983 CLAIM AGAINST STATE AGENTS FOR UNREASONABLE HOME ENTRY IN VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION

67.     Defendants reallege and reassert their responses to Paragraphs 1-52 as if set forth in their entirety.

68.     Without knowledge, therefore denied.

69.     Denied as stated.

70.     Denied.

71.     Denied.

72.     Denied.

73.     Denied.

74.     Without knowledge, therefore denied.

Defendants specifically deny all averments in the "Wherefore" clause.

## COUNT FOUR
### § 1983 CLAIM AGAINST STATE AGENTS FOR UNREASONABLE HOME SEARCH AND INDIVIDUAL SEIZURES IN VIOLATION OF THE FOURTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

75.     Defendants reallege and reassert their responses to Paragraphs 1-52 as if set forth in their entirety.

76.     Denied.

77.     Denied as stated.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Without knowledge, therefore denied.

Defendants specifically deny all averments in the "Wherefore" clause.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

As to Counts Three and Four, Defendants are protected from suit by qualified immunity.

### Second Affirmative Defense

As to Count Three, none of the Officers working for the Sarasota Police Department entered the home of Plaintiff(s).

<u>Third Affirmative Defense</u>

As to Count Four, none of the Officers working for the Sarasota Police Department searched the home or person of the Plaintiff(s).

<u>Fourth Affirmative Defense</u>

As to Count Four, none of the Officers working for the Sarasota Police Department seized or detained either of the Plaintiffs.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing to Andrea Flynn Mogensen, Esquire (amogensen@sunshinelitigation.com), Law Office of Andrea Flynn Mogensen, P.A., 200 South Washington Blvd., Suite 7, Sarasota, FL 34236, this 1st day of October, 2014.

/s/ BRADLEY S. BELL
BRADLEY S. BELL, ESQ.
Fla. Bar No.:  184306
DOUGLAS J. COLLINS, ESQ.
Fla. Bar No.: 25838
BELL LAW GROUP, P.A.
407 N. Howard Avenue
Suite 201
Tampa, FL 33606
813-867-4522 (Telephone)
813-867-4542 (Facsimile)
bbell@bbellpa.com
dcollins@bbellpa.com

Secondary email addresses:
cleavy@bbellpa.com
sanderson@bbellpa.com