UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOUISE GOLDSBERRY, ET AL.,

       Plaintiffs,

v.                    Case No. 8:14-cv-1876-T-33MAP

MATT WIGGINS, ET AL.,

       Defendants.
_____/

**ORDER**

    This cause is before the Court pursuant to Defendant Michael Jackson's Motion to Dismiss and Incorporated Memorandum of Law, filed on November 10, 2014. (Doc. # 14). Plaintiffs Louise Goldsberry and Craig Dorris filed a response in opposition thereto on December 2, 2014. (Doc. # 20). On December 19, 2014, with leave of Court, Jackson filed a reply memorandum. (Doc. # 29).

**Discussion**

    On August 4, 2014, Goldsberry and Dorris initiated this action stemming from "the unlawful and warrantless entry and search of a residence, and for the unlawful seizure of Plaintiffs' individual persons at gunpoint." (Doc. # 1-2 at 1). The Complaint lists the following counts: *Bivens* actions for unreasonable home entry in violation of the Fourth

Amendment (count one), a *Bivens* claim for unreasonable home search and individual seizures in violation of the Fourth Amendment (count two), a 42 U.S.C. § 1983 claim for unreasonable home entry in violation of the Fourth Amendment (count three), and a 42 U.S.C. § 1983 claim for unreasonable home search and individual seizures in violation of the Fourth Amendment (count four). (See Id.). Notably, Jackson was named only in counts three and four. (Id.).

By way of the present Motion, Jackson contends that – as a special deputy United States Marhsal – 42 U.S.C. § 1983 does not apply to him given his status as a federal actor. (Doc. # 14 at 6-7). Jackson further avers that he is entitled to qualified immunity from suit. (Id. at 7). In their response, Goldsberry and Dorris do not dispute that 42 U.S.C. § 1983 does not apply to Jackson, but they do not agree that Jackson is entitled to qualified immunity. (See Doc. # 20).

Goldsberry and Dorris request that they "be granted leave to amend to transfer the § 1983 claims against Jackson to the *Bivens* counts." (Id. at 16). Upon consideration, this Court grants Goldsberry and Dorris' request. Therefore, the Court directs Goldsberry and Dorris to file an Amended Complaint by **December 31, 2014.**

2

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Michael Jackson's Motion to Dismiss and Incorporated Memorandum of Law (Doc. # 14) is **GRANTED** to the extent set forth herein.

(2) Plaintiffs Goldsberry and Dorris are directed to file an Amended Complaint on or before **December 31, 2014.**

(3) Defendant Jackson is directed to file a response thereto by **January 16, 2015.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of December, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record