UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOUISE GOLDSBERRY and CRAIG DORRIS,

    Plaintiffs,

v.                                    Case No: 8:14-cv-1876-T-33MAP

MATT WIGGINS, MICHAEL JACKSON, MIKE SCHWIETERMAN, MEGAN BUCK, SHELDON CANTRELL, DOMINIC HARRIS, JOHN DOES, JOHN DOE and PATRICK COMAC

    Defendants.

## REPORT

On January 7, 2015, in Tampa, Florida, I conducted a settlement conference. The attorneys of record, along with their clients or a representative with authority to settle the case, appeared. After additional discussions with the attorneys of record, on January 9, 2015, a settlement was reached in all respects.

Dated:   January 12, 2015

                                              PHILIP R. LAMMENS
                                              United States Magistrate Judge

Copies furnished to:
Presiding United States District Judge
Presiding United States Magistrate Judge
Counsel of Record